IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE McNEAL,

      Petitioner,

v.                                  CASE NO. 4:07cv209-RH/WCS

FLORIDA PAROLE COMMISSION,

      Respondent.

_____/

## ORDER DENYING § 2254 PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 7) and the objections (document 11). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging the revocation of petitioner's parole by the Florida Parole Commission is DENIED with prejudice." The clerk shall close the file.

SO ORDERED this 10th day of May, 2008.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge